UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUDI SCHMEER,

    Petitioner,

v.                                          Case No. 3:14cv285/MCR/CJK

WARDEN OF THE SANTA ROSA
COUNTY JAIL, et al.,

    Respondents.
    _____/

**O R D E R**

    This matter is before the Court on the Magistrate Judge's Report and Recommendation dated August 25, 2014. (Doc. 14). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner timely filed objections (doc. 15), which the Court has reviewed *de novo*. Petitioner argues that the fifteen counts of tax evasion under German law do not satisfy the dual criminality requirement of the extradition treaty because the intent element of the crimes and defenses to them are not the same in each country. Petitioner also argues that probable cause has not been established, that his due process rights were violated when he was not allowed to present evidence during the extradition hearing to show he was not a resident of Germany at the time of the alleged offenses, and that extradition is precluded because the German statute of limitations has run.

    Having fully considered Petitioner's arguments and the relevant law, the Court finds that the analysis and conclusions set forth by the Magistrate Judge are correct, and the Report and Recommendation should be adopted fully as the Order of the Court.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     The Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DENIED.**

3.     The Clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of October, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**